CARPENTER v. THE ST. LOUIS, IRON MOUNTAIN & SOUTHERN RAILWAY COMPANY, *Appellant*.

Jackson v. The St. Louis, Iron Mountain & Southern Railway Company, *ante*, p. 147, affirmed.

*Appeal from Butler Circuit Court.* — HON. R. P. OWEN, Judge.

AFFIRMED

*Smith & Krauthoff* with *T. J. Portis* for appellant.

*Edwin Silver* for respondent.

NORTON, J.—The same questions passed upon by this court at the present term in the case of *Jackson v. The St. Louis, Iron Mountain & Southern R'y Co., ante*, p. 147, are involved in this case, and for the reasons given in the opinion in that case, the judgment is affirmed.    All concur.